

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00003-CR

| | | |
|---|---|---|
| Daizjion Deveil Demerson | § | From Criminal District Court No. 3 |
| | § | of Tarrant County (1395518D) |
| v. | § | July 26, 2018 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the trial court's judgment to delete the $188 fine and $344 of the reparations (leaving a total of $1881 for reparations), and we similarly modify the incorporated order to withdraw funds to reduce the authorized withdrawal amount by $432, leaving a total of $2,195. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel